UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>    v. )<br> )<br>7.23918814 BTC AND OTHER )<br>VARIOUS CRYPTOCURRENCY SEIZED )<br>FROM BINANCE ACCOUNT )<br>ASSOCIATED WITH USER ID )<br>XXXXX3280 ON OCTOBER 25, 2024 )<br> )<br>        Defendant *in Rem*. ) | Civil No. 25-CV-10413-IT |

## REQUEST FOR NOTICE OF DEFAULT

The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby requests that default be entered, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against all persons claiming an interest in the *in rem* defendant, described as 7.23918814 BTC, 105.75351403 ETH, 636.11899592 AVAX, 14120.995091 USDT, 2,380,467,906.17 SHIB, and 319008151.01 PEPE seized from a Binance account associated with User ID XXXXX3280, on or about October 25, 2024 (the "Defendant Property"), for failure to file a claim or otherwise to defend as provided by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

In support of this Request, the United States submits the attached Declaration.

                              Respectfully submitted,

                              LEAH B. FOLEY
                              United States Attorney,

                       By:   */s/ Carol E. Head*
                              CAROL E. HEAD
                              Assistant United States Attorney
                              United States Attorney's Office
                              1 Courthouse Way, Suite 9200
                              Boston, MA   02210
                              (617) 748-3100
Date:  August 1, 2025              carol.head@usdoj.gov