UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br><br>7.23918814 BTC AND OTHER VARIOUS CRYPTOCURRENCY SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXXX3280 ON OCTOBER 25, 2024,<br><br>    Defendant *in Rem.* | Civil No. 25-CV-10413-IT |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, United States of America, for an order of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against all persons claiming an interest in the *in rem* defendant described as 7.23918814 BTC, 105.75351403 ETH, 636.11899592 AVAX, 14120.995091 USDT, 2,380,467,906.17 SHIB, and 319008151.01 PEPE seized from a Binance account associated with User ID XXXXX3280, on or about October 25, 2024 (the "Defendant Property"), for failure to file a claim or defend as provided by Rules G(5)(a)(ii)(A)-(B) and G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice is hereby given that any potential Claimants have been defaulted on this date.

                                 Robert M. Farrell,
                                 Clerk, U.S. District Court
                                 District of Massachusetts

Date: _____      By: _____
                                     Deputy Clerk