UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>7.23918814 BTC AND OTHER VARIOUS CRYPTOCURRENCY SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXXX3280 ON OCTOBER 25, 2024,<br>Defendant *in Rem*. | )<br>)<br>)<br>)  Civil Action No. 25-10413-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

**TALWANI, D.J.**

WHEREAS, no claimant has filed a timely claim or answer in this action in accordance with Rules G(5)(a)(ii)(A)-(B) and G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

WHEREAS, this Court allowed plaintiff's Request for Notice of Default and issued a Notice of Default on August 1, 2025; and

WHEREAS, the plaintiff has asserted, on information and belief, that no person or entity thought to have a potential interest in the Defendant Property is an infant, incompetent, or presently engaged in military service;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That the United States' Motion for Default Judgment and Final Order of Forfeiture pursuant to Fed. R. Civ. P. 55(b)(2) and 18 U.S.C. §§ 981(a)(1)(A) and (C) is allowed;

2. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

3. That all right, title, and interest in the Defendant Property, described as:

(a) 7.23918814 BTC, 105.75351403 ETH, 636.11899592 AVAX, 14120.995091 USDT, 2,380,467,906.17 SHIB, and 319008150.01 PEPE seized from a Binance account associated with User ID XXXXX3280, on October 25, 2024 (collectively, the "Defendant Property"),

is hereby forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C);

4. That any claims of interest of potential claimants in this action (Avwerosuo Omokri, Victim-1, Victim-2, Victim-3, Victim-4, Victim-5, Victim-6, Victim-7, and Binance), and any other parties claiming any right, title, or interest in or to the Defendant Property, are hereby held in default and dismissed, having been defaulted on August 1, 2025;

5. That the United States Secret Service, United States Marshals Service, and/or their designees shall retain the Defendant Property in its secure custody and control, and shall dispose of it in accordance with applicable law and policies regarding disposition of forfeited property; and

6. That this Court shall retain jurisdiction in this case and that this Judgment and Final Order of Forfeiture shall be, and hereby is, the full and final disposition of the above-described Defendant Property in this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
INDIRA TALWANI
United States District Judge

Date: 9/2/2025